# Exhibit B

| | |
|---|---|
| **From:** | bop-ogc-efoia-s@bop.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | FOIA Request [REQUEST NUMBER] |
| **Date:** | Thursday, April 24, 2025 1:01:55 PM |
| **Attachments:** | Hollis request.pdf |

Dear Hollis:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number as you will need to include it in any future correspondence or inquiry regarding your request. A copy of your request is attached to help you keep track of your request more easily.

In order to better promote transparency, the records you request may already be publicly available. You may access the publicly available information concerning BOP contracts at https://www.fpds.gov, https://www.sam.gov, and/or https://www.fbo.gov. Additionally, the substantive portions of the contract(s) BOP can release under the FOIA will mirror the information publicly available. If you find the records you seek are publicly available and you no longer wish to utilize the FOIA to obtain the records, please notify this office at bop-ogc-efoia-s@bop.gov.

FOIA/PA Request Number: 2025-03722
Processing Office: CO

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first in, first out basis in relation to other requests in the same track. Your request was assigned to the contracts sub-track on the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office and will require significant time to review. Because of these unusual circumstances, we have extended the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests for contracts may take up to twelve months. In accordance with 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will decide whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact Central Office or the BOP's FOIA Public Liaison, Ms. Kara Christenson, at: (202) 616-7750 (phone); 320 First Street NW, Room 924, Washington, DC 20534; or bop-ogc-efoia-s@bop.gov. You can also check the status of your request online at http://www.bop.gov/PublicInfo/execute/foia.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National

Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road (OGIS), College Park, MD 20740; ogis@nara.gov; (202) 741-5770 (phone); (877) 684-6448 (toll free); or (202) 741-5769 (fax).

Sincerely,

P. Willcott, for

Kara Christenson
Supervisory Government Information Specialist