UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-3918 (AHA)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Defendant respectfully requests that the Clerk of the Court enter the appearance of the undersigned counsel, Zachary J. Krizel, on behalf of the Defendant in this matter.

Dated: December 12, 2025
Washington, DC

Respectfully submitted,

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL, III, Bar #6346175
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: 202-252-2518
Zachary.Krizel@usdoj.gov

*Counsel for Defendant*