UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-3918 (AHA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time *Nunc Pro Tunc*, and for good cause and excusable neglect shown, it is hereby:

ORDERED that the parties' motion is GRANTED; and it is

FURTHER ORDERED that the time to file the parties' initial Joint Status Report shall be extended, *nunc pro tunc*, until February 5, 2026.

SIGNED:

_____                           _____
Dated                                                                Amir H. Ali
                                                                             United States District Judge