UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-3918 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order for Civil Cases, *see* ECF No. 4, Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Prisons ("BOP") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action:

1. This case concerns a FOIA request, dated April 21, 2025, submitted to BOP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and BOP answered the Complaint on January 14, 2026, *see* ECF No. 8.

2. BOP respectfully reports as follows: BOP has begun, but not yet completed, an initial search for potentially responsive records. As such, at this time, BOP does not know the number of documents responsive to the request and the anticipated date(s) for release of the requested documents. BOP expects to have completed an initial search for potentially responsive records, such that it will have this information, in advance of the parties' next joint status report.

3. The parties will work together throughout this litigation to attempt to reduce the issues for the Court.

4.   The parties respectfully request that the Court order the parties to file another joint status report on or before April 6, 2026, with additional joint status reports due every sixty days thereafter.  The parties have provided a proposed order to that effect.

Dated: February 5, 2026                                                Respectfully submitted,

                                                                                          JEANINE FERRIS PIRRO
                                                                                          United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116                      By: /s/ *William Thanhauser*
Atlanta, GA 30345                                                       WILLIAM THANHAUSER
james@slater.legal                                                      D.C. Bar #1737034
Tel. (404) 458-7283                                                     Assistant United States Attorney
                                                                                          601 D Street, N.W.
                                                                                          Washington, DC 20530
                                                                                          (202) 252-7706

*Counsel for Plaintiff*
                                                                                          *Attorneys for the United States of America*