UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>      Defendant. | Civil Action No. 25-3918 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of the joint status report and the entire record, the parties are ORDERED to file another joint status report on or before April 6, 2026, and additional joint status reports every sixty days until further Order of the Court.

SO ORDERED:

_____                             _____
    Dated                                                         Amir H. Ali
                                                                  United States District Judge