UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

      Plaintiff,

    v.                                                                               Civil Action No. 25-3918 (AHA)

FEDERAL BUREAU OF PRISONS,

      Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Feb. 9, 2026), Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Prisons ("BOP"), by and through undersigned counsel, respectfully file this Joint Status Report to apprise the Court on the status of this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.  This case concerns a FOIA request, dated April 21, 2025, submitted to BOP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and BOP answered the Complaint on January 14, 2026, *see* ECF No. 8.

2.  Plaintiff's FOIA request consists of six items.  *See* ECF No. 1-1.

3.  In the most recent Joint Status Report, ECF No. 10, BOP reported that it had begun an initial search for potentially responsive records, and expected to have completed this search in advance of the parties' next joint status report.

4.  Since then, BOP has completed an initial search for potentially responsive records and completed its production of the records.  On April 6, 2026, BOP released 21 pages of responsive records, in full, that were responsive to items #2, #3, and #4.  By letter on that date, BOP advised Plaintiff that its search had returned no records responsive to item #6; and directed

- 2 -

Plaintiff to publicly available information responsive to items #1 and #5.  BOP provided Plaintiff

links to the publicly available records requested in items #1 and #5.  In this letter, BOP also advised

Plaintiff that, excluding the information to which it directed Plaintiff, BOP considered the records

sought by item #1 to be confidential commercial information, exempt from disclosure under 5

U.S.C. § 552(b)(4).

5.      At the time of filing this status report, Plaintiff has not received BOP's letter or

release and therefore reserves all rights and remedies.

6.      The parties respectfully request that the Court order the parties to file another joint

status report on or before June 5, 2026.


Dated: April 6, 2026                              Respectfully submitted,


                                                  JEANINE FERRIS PIRRO
                                                  United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                                 By: */s/ William Thanhauser*
2296 Henderson Mill Rd. N.E. #116                    WILLIAM THANHAUSER
Atlanta, GA 30345                                    D.C. Bar #1737034
james@slater.legal                                   Assistant United States Attorney
Tel. (404) 458-7283                                  601 D Street, N.W.
                                                     Washington, DC 20530
                                                     (202) 252-7706

 *Counsel for Plaintiff*
                                                  *Attorneys for the United States of America*