UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action No. 25-3918 (AHA)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Apr. 7, 2026), Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Prisons ("BOP"), by and through undersigned counsel, respectfully file this Joint Status Report to apprise the Court on the status of this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      This case concerns a FOIA request, dated April 21, 2025, submitted to BOP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and BOP answered the Complaint on January 14, 2026, *see* ECF No. 8.

2.      Plaintiff's FOIA request consists of six items.  *See* ECF No. 1-1.

3.      In the most recent Joint Status Report, ECF No. 11, BOP reported that it had completed an initial search for potentially responsive records and an initial release to Plaintiff. Specifically, BOP noted that, on April 6, 2026, it released 21 pages of records, in full, that were responsive to items #2, #3, and #4.  Further, BOP noted that, by letter on that same date, BOP advised Plaintiff that its search had returned no records responsive to item #6; and directed Plaintiff to publicly available information responsive to items #1 and #5.

- 2 -

4.      Since then, on May 22, 2026, BOP made a subsequent release of records responsive to items #1 and #5.  This release consisted of 254 pages released in full, and 46 pages released in part.  With this subsequent release, BOP believes production is complete in this case.  Plaintiff is currently reviewing the latest release and until it completes such review does not waive any rights or remedies under FOIA.

5.      The parties respectfully request that the Court order the parties to file another joint status report on or before August 4, 2026.

Dated: June 4, 2026                              Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney

*/s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                         By: /s/ *William Thanhauser*
2296 Henderson Mill Rd. N.E. #116             WILLIAM THANHAUSER
Atlanta, GA 30345                             D.C. Bar #1737034
james@slater.legal                            Assistant United States Attorney
Tel. (404) 458-7283                           601 D Street, N.W.
                                              Washington, DC 20530
                                              (202) 252-7706

*Counsel for Plaintiff*
                                              *Attorneys for the United States of America*

- 2 -