UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF PRISONS,<br>Defendant. | Civil Action No. 25-3918 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Aug. 3, 2026), Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Prisons ("BOP"), by and through undersigned counsel, respectfully file this Joint Status Report to apprise the Court on the status of this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This case concerns a FOIA request, dated April 21, 2025, submitted to BOP. Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and BOP answered the Complaint on January 14, 2026, *see* ECF No. 8.

2. BOP completed production in this case on May 22, 2026. Plaintiff has completed its review of the records released in response to its request, and believes the only remaining issue in this matter is that of attorneys' fees. Plaintiff's counsel has provided a fee invoice for Defendant's review and consideration, and the parties are now engaged in settlement negotiations. The parties are currently close to an agreement, but need additional time to potentially resolve.

3. Accordingly, the parties respectfully request that the Court order the parties to file another joint status report on or before November 24, 2026.

Dated: September 25, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Counsel for Plaintiff*

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*