UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-3918 (AHA) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: October 26, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater (By Permission)*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Counsel for Plaintiff*

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
Assistant United States Attorney
D.C. Bar #1737034
601 D Street, NW
Washington, DC 20530
(202) 252-7706
william.thanhauser@usdoj.gov

*Attorneys for the United States of America*